|   |   |
|---|---|
| Rodeen Talebi (CA SBN 320392) | STEPHEN M. LOBBIN |
| FISH & RICHARDSON P.C. | sml@smlavvocati.com |
| 633 West Fifth Street, 26th Floor | SML AVVOCATI P.C. |
| Los Angeles, CA 90071 | 888 Prospect Street, Suite 200 |
| Telephone: (213) 533-4240 | San Diego, California 92037 |
| Facsimile: (858) 678-5099 | (949) 636-1391 (Phone) |
| Email: talebi@fr.com | |
| | Attorneys for Plaintiff |
| Neil J. McNabnay (*pro hac vice*) | Social Positioning Input Systems, LLC |
| Ricardo J. Bonilla (*pro hac vice*) | |
| Noel Chakkalakal (*pro hac vice*) | |
| FISH & RICHARDSON P.C. | |
| 1717 Main Street, Suite 5000 | |
| Dallas, TX 75201 | |
| Telephone: (214) 747-5070 | |
| Facsimile: (214) 747-2091 | |
| mcnabnay@fr.com | |
| rbonilla@fr.com | |
| chakkalakal@fr.com | |
| | |
| Attorneys for Defendant | |
| LiveViewGPS, Inc. | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | |
| | **C.A. NO. 2:22-CV-09003** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | **PATENT CASE** |
| **LIVEVIEWGPS, INC.,** | |
| Defendant. | |

JOINT STIPULATION AND ORDER OF DISMISSAL

1

# JOINT STIPULATION AND ORDER OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC and Defendant LiveViewGPS, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice as moot under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matter dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: March 8, 2023 | Respectfully submitted, |
| */s/ Stephen M. Lobbin* | */s/ Noel F. Chakkalakal* |
| Stephen M. Lobbin | Rodeen Talebi (CA SBN 320392) |
| sml@smlavvocati.com | FISH & RICHARDSON P.C. |
| SML AVVOCATI P.C. | 633 West Fifth Street, 26th Floor |
| 888 Prospect Street, Suite 200 | Los Angeles, CA 90071 |
| San Diego, California 92037 | Telephone: (213) 533-4240 |
| (949) 636-1391 (Phone) | Facsimile: (858) 678-5099 |
| | Email: talebi@fr.com |
| Attorneys for Plaintiff | |
| Social Positioning Input Systems, LLC | Neil J. McNabnay (*pro hac vice*) |
| | Ricardo J. Bonilla (*pro hac vice*) |
| | Noel Chakkalakal (*pro hac vice*) |
| | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |
| | mcnabnay@fr.com |
| | rbonilla@fr.com |
| | chakkalakal@fr.com |
| | |
| | Attorneys for Defendant |
| | ClearPathGPS, Inc. |